UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS M. MCCLENDON,<br>Petitioner,<br>v.<br>RAYMOND MADDEN, Warden,<br>Respondent. | Case No. 17-cv-03271-HSG (PR)<br><br>**ORDER GRANTING RESPONDENT'S APPLICATION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 9 |

Good cause appearing, Respondent's application for an extension of time to file an answer to the petition is GRANTED. Respondent shall file his answer to the petition no later than **December 1, 2017**. Within **thirty (30) days** of the date such answer is filed, Petitioner shall file with the Court and serve on respondent a traverse.

Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within **twenty-eight (28) days** of the date the motion is filed. Respondent shall file with the Court and serve on Petitioner a reply within **fourteen (14) days** of the date any opposition is filed.

This order terminates Docket No. 9.

**IT IS SO ORDERED.**

Dated: 10/4/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge