UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS M. MCCLENDON,<br>Petitioner,<br>v.<br>RAYMOND MADDEN, Warden,<br>Respondent. | Case No. 17-cv-03271-HSG (PR)<br><br>**ORDER GRANTING PETITIONER'S APPLICATION FOR EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. No. 14 |

Good cause appearing, petitioner's application for an extension of time to file a traverse is hereby GRANTED. Petitioner shall file his traverse no later than **April 13, 2018**.

This order terminates Docket No. 14.

**IT IS SO ORDERED.**

Dated: 2/1/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge